**BURCH & CRACCHIOLO, P.A.**
1850 NORTH CENTRAL AVENUE, SUITE 1700
PHOENIX, AZ 85004
TELEPHONE 602.274.7611

James M. Stipe, SBA #014666
jstipe@bcattorneys.com
John D. Curtis II, SBA #019726
jcurtis@bcattorneys.com

***Attorneys for Plaintiffs***

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| DT Care, LLC, a limited liability company; and Colossal Management, LLC, a limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>Kendra Hernandez,<br><br>Defendant. | Case No. 24-cv-02639-SPL<br><br>**CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Plaintiff Colossal Management, LLC ("Colossal") in compliance with the provisions of: (*check one*)

___**X**__ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____ Rule 12.4(a)(1), Federal Rules of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____ Rule 12.4(a)(2), Federal Rules of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

The filing party hereby declares as follows:

___**X**_ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. (*Attach additional pages if needed*).

_____ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of the financial interest.* (*Attach additional pages if needed*).

Relationship_**SUBSIDIARY**____________________________

**Plaintiff Colossal Management, LLC, is a subsidiary of Colossal Ventures, LLC, a Delaware limited liability company.**

_____ Other (please explain)

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this 2nd day of October 2024.

**BURCH & CRACCHIOLO, P.A.**

By *s/ John Dean Curtis, II*

James M. Stipe
John D. Curtis, II
1850 North Central Avenue, Suite 1700
Phoenix, AZ 85004
***Attorneys for Plaintiffs***