IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DTCare LLC, et al., | No. CV-24-02639-PHX-SPL |
| Plaintiffs, | |
| vs. | **ORDER** |
| Kendra Hernandez, | |
| Defendant. | |

Having reviewed Plaintiffs' Notice of Voluntary Dismissal (Doc. 10),

**IT IS ORDERED** that this matter is **dismissed without prejudice** and the Clerk of Court shall **terminate** this action accordingly.

Dated this 14th day of November, 2024.

Honorable Steven P. Logan
United States District Judge